**ORDER**
The Motion (Doc. No. 37) is GRANTED.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:14-cr-00058-2 |
| v. ) | |
| ) | Judge Richardson |
| [2] MOVEN MPOFU ) | |

## UNITED STATES' MOTION TO DISMISS

The United States of America hereby moves to dismiss the indictment against defendant Moven Mpofu with prejudice. The Defendant was indicted in March 2014 for one count of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371, and ten counts of aiding and abetting the preparation of false income tax returns, in violation of 26 U.S.C. § 7206(2). (D.E. 1.) An arrest warrant was issued for the defendant in March 2014. (D.E. 4.) The defendant was later classified as a fugitive in 2015 because, despite extensive efforts, law enforcement's attempts to locate and arrest him had been unsuccessful (D.E. 14). Since then, more than a decade has passed. In light of the forgoing, the United States hereby moves to dismiss this case with prejudice.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney for the
Middle District of Tennessee

*/s/ J. Christopher Suedekum*
J. CHRISTOPHER SUEDEKUM
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151